UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROMEL LEE DAVIS-HUSSUNG,

    Plaintiff,

v.

SERGEANT LOGAN, et. al.,

    Defendants.

Case No. 24-cv-12853

Honorable Robert J. White

# ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING CORRECTIONS OFFICER GOLDSMITH'S MOTION FOR SUMMARY JUDGMENT, AND SUA SPONTE DISMISSING DR. FOLTZ

    Romel Lee Davis-Hussung is incarcerated with the Michigan Department of Corrections. He commenced this 42 U.S.C. § 1983 action against, among others, Corrections Officer Goldsmith and Dr. Foltz for exhibiting deliberate indifference to his serious medical needs in violation of the Eighth Amendment to the United States Constitution. The complaint alleges that both defendants refused to provide Davis-Hussung with medical care after other corrections officers had assaulted him.

    Before the Court is Magistrate Judge Kimberly G. Altman's November 12, 2025 report and recommendation. (ECF No. 19). The report recommends that the Court (1) grant Corrections Officer Goldsmith's motion for summary judgment on

the basis of exhaustion, and (2) *sua sponte* dismiss Dr. Foltz on the same grounds or, in the alternative, because Davis-Hussung failed to prosecute this action. (ECF No. 16).  None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's November 12, 2025 report and recommendation (ECF No. 19) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Corrections Officer Goldsmith's motion for summary judgment on the basis of exhaustion (ECF No. 16) is granted.

IT IS FURTHER ORDERED that Dr. Foltz is dismissed from this action *sua sponte* on the basis of exhaustion.

Dated: December 4, 2025				s/ Robert J. White
						Robert J. White
						United States District Judge